UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CIVIL NO.10-10199

ERIC MALONE,

     Plaintiff(s),

-v-

EVERHOME MORTGAGE CO. AND TROTT & TROTT, P.C.,

     Defendant(s).

_____/


ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan on February 26, 2010.


PRESENT:  THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed

for lack of subject matter jurisdiction has been sent to Plaintiff.  The Court has received no

response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is

DISMISSED.


s/Patrick J. Duggan_____
Patrick J. Duggan
United States District Judge

Dated:  February 26, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record
on February 26, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem_____
Case Manager